Vakhe Khodzhayan (SBN 261996)
KG LAW
1010 N. Central Ave., Suite 450
Glendale, CA  91202
Tel: (818) 245-1340
Fax: (818) 245-1341
vahe@lawyer.com

Attorneys for debtor-in possession
RONI ESKANDARI

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**RONI ESKANDARI**<br><br>Debtor-in possession | Case Number: 2:12-bk-18458-ER<br><br>Chapter 7<br><br>**DEBTOR'S MOTION TO REOPEN CASE PURSUANT TO 11 U.S.C. § 350(b);  MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATION OF RONNIE ESKANDARI**<br><br>No hearing required under 9013-1(q)<br><br>No fee required under FRBP 4007(b) |

   TO THE HONORABLE ERNEST ROBLES, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:

   Debtors RONI ESKANDARI ("Debtor") by his attorney of record in this case, hereby move the court to Reopen their Chapter 7 Case. After the case is reopened Debtors intend to schedule an omitted creditor California State Board of Equalization ("BOE") that was unintentionally omitted from the original schedules.  Additionally, Debtor wishes to obtain discharge of the debt owed to BOE pursuant to FRBP 4007.

This motion is made pursuant to 11 U.S.C. § 350(b) and FRBP 4007 and based on the grounds that debtor wishes to reopen his case in order to obtain determination that the debt owed to BOE is dischargeable.

Dated:  05/05/2015                                                      By: _____

Vakhe Khodzhayan
Counsel for Debtors

## **MEMORANDUM OF POINTS AND AUTHORITIES**

### I.    STATEMENT OF FACTS

Debtors is an individual. Debtors filed his Chapter 7 case on March 8, 2012 and was assigned case number 2:12-bk-18458-ER.The case was discharged on June 19, 2012. At the time of filing debtor was not aware that he owed a debt to the State Board of Equalization as a responsible person for his former business that closed in 2008. The business was Costa Mesa Tire & Services, Inc. and it ceased operation in 2008. After the case was closed and debtor was discharged BOE started billing Debtor as a responsible person for corporations unpaid sales taxes.

Debtor wishes to reopen the case, add creditor BOE to its schedules and obtain determination that the debt to the creditor should be discharged.

.

### II.    ARGUMENT

A court's decision to reopen a case is entirely within its sound discretion, based upon the circumstances of each case. *In re Castillo*, 297 F.3d 940, 945 (9th Cir. 2002).Cause exists to reopen this bankruptcy case. Under 11 U.S.C. 350(b) a case may be reopened to accord relief to the debtor. Additionally, a case may be reopened to allow Debtor to add an omitted creditor and to determine the dischargeability of creditor's claim. In re Corgiat, 123 B.R. 388, 393 (Bankr. E.D. Cal. 1991).

Debtor asserts that the debts owed to the BOE are dischargeable under the criteria established by In re Ilko, 651 F.3d 1049, 1057 (9th Cir. 2011). Debtor asserts that any alleged debt owed to BOE was more than 3 ½ years old at the time of filing of the case and that BEO was timely notified of the business closure and the business terminated more than 3 ½ years prior to the bankruptcy filing.

Further, there would be no prejudice to creditors if the case was reopened. Creditor BOE's claim is dischargeable, thus reopening of the case to determine dischargeability would not

affect the creditor.  The reason why debtor did not schedule creditor in his case was because creditor did not start billing until after the case was closed.

### III.    CONCLUSION

Based on the above this motion should be granted and debtor's case should be reopened.

Dated:  05/05/2015                              By: _____
                                                Vakhe Khodzhayan
                                                Counsel for Debtors

## DECLARATION OF RONI ESKANDARI

I, RONI ESKANDARI, declare that:

I am the Debtor in this case.  I have personal knowledge of the facts alleged herein and if called upon as a witness, I could and would competently testify thereto. I make this declaration in support of Debtor's Motion to Reopen Case Under 11 U.S.C. § 350(b) (the "Motion").

1. I filed their Chapter 7 case on March 8, 2012 and was assigned case number 2:12-bk-18458-ER.
2. My case was discharged on June 19, 2012.
3. At the time of filing I was not aware that the State Board of Equalization ("BOE") had a claim against me as a responsible person for my former business named Costa Mesa Tire & Services, Inc.
4. That business closed in 2008 over 3 ½ years prior to my filing of the bankruptcy.
5. I wish to reopen the case to add creditor BOE's claim to the case and obtain discharge of that debt.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  05/05/2015                        By: _____
                                                                    RONI ESKANDARI

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**1010 N. Central Ave, Ste 450**
**Glendale, CA 91202**

A true and correct copy of the foregoing document described as   **DEBTOR'S MOTION TO REOPEN CASE UNDER 11 U.S.C. §350**     will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On   **05/05/15**   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On   **05/05/2015**   , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 05/05/15 | Krine Margaryan | /s/ Karine Margaryan |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

```
Executive Director
California State Board of Equalization
450 N Street, MIC: 73
Sacramento, CA 95814-0073
```

**Richard K Diamond (TR)**
Danning, Gill, Diamond & Kollitz
1900 Avenue of Stars, 11th Floor
Los Angeles, CA 90067-4402
(310) 201-2482

*U.S. Trustee*
**United States Trustee (LA)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811