United States Bankruptcy Court
Central District of California

In re:  
Roni Eskandari  
    Debtor

Case No. 12-18458-ER  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-2      User: llomeliC      Page 1 of 1      Date Rcvd: May 19, 2015  
                        Form ID: pdf042   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2015.  
db          +Roni Eskandari,   3544 La Crescenta,   Glendale, CA 91208-1102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2015                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2015 at the address(es) listed below:  
        Gregory M Shanfeld   on behalf of Debtor Roni  Eskandari greg@wslaw.com, wadhwaniandshanfeld@gmail.com  
        Ramesh  Singh   on behalf of Interested Party   Courtesy NEF claims@recoverycorp.com  
        Richard K Diamond (TR)    jlv@dgdk.com,   rdiamond@ecf.epiqsystems.com;DanningGill@Gmail.com  
        United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov  
        Vakhe  Khodzhayan   on behalf of Debtor Roni  Eskandari vahe@lawyer.com  
                                                                                                                                                                   TOTAL: 5

Vakhe Khodzhayan (SBN 261996)
KG LAW
1010 N. Central Ave., Suite 450
Glendale, CA 91202
Tel: (818) 245-1340
Fax: (818) 245-1341
vahe@lawyer.com

Attorneys for debtor
RONI ESKANDARI

**FILED & ENTERED**

**MAY 19 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

In re:

**RONI ESKANDARI**

　　　　　Debtor-in possession

Case Number: 2:12-bk-18458-ER

Chapter 7

**ORDER GRANTING DEBTOR'S MOTION TO REOPEN CASE PURSUANT TO 11 U.S.C. § 350(b)**

　　Debtor RONI ESKANDARI'S ("Debtor") Motion to Reopen Case Under 11 U.S.C. 350(b) ("Motion") was filed with the Court. The Court having considered the moving papers filed by Debtors, and good cause appearing therefor hereby GRANTS THE MOTION as set forth below.

　　IT IS HEREBY ORDERED that the above entitled bankruptcy case is reopened pursuant to 11 U.S.C. § 350(b).

　　//

     IT IS FURTHER ORDERED that, if a chapter 7 trustee is appointed, then the trustee shall have 45 days from the date of appointment to take such action the trustee deems appropriate.

###

Date: May 19, 2015

Ernest M. Robles
United States Bankruptcy Judge